UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Robert Fields.

Defendant.

12-cr-862 (AJN)

ORDER

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 1/26/2021*

ALISON J. NATHAN, District Judge:

The Court appoints Mr. David Touger pursuant to the Criminal Justice Act ("CJA") to represent Mr. Fields for purposes of proceedings related to alleged violations of supervised release.

SO ORDERED.

Dated: January 25, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1