UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

       –v–

Robert Fields.

       Defendant.

12-cr-862 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/2021

ALISON J. NATHAN, District Judge:

    Per the January 25, 2021 11:00 A.M. conference, this matter is adjourned pending resolution of the charges against Mr. Fields in state court. The parties are ordered to file a joint status update with the Court by May 1, 2021.

    As stated on the record, the Court imposes the following additional condition of release: Mr. Fields shall remain in his home from 7 P.M. to 7 A.M on weekdays and for the entirety of the day on Saturdays and Sundays, unless he is explicitly granted permission to leave from his probation officer. The Court orders GPS monitoring to ensure compliance with this condition of curfew.

    SO ORDERED.

Dated: January 26, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge