USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

       –v–

Robert Fields,

            Defendant.

12-cr-862 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A proceeding is scheduled in this matter for July 19, 2021 at 10:00 A.M. The proceeding will be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

.

SO ORDERED.

Dated: July 2, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1