USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Robert Fields,

Defendant.

12-cr-862 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As ordered at yesterday's conference, the Court adjourns sentencing on the admitted specification until October 19, 2021 at 2:00 P.M. At sentencing, the Court will consider whether Mr. Fields has been able to maintain employment and stable housing and refrain from engaging in criminal conduct in the interim. The current term of supervised release is revoked.

SO ORDERED.

Dated: July 20, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge