USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States, <br><br> –v– <br><br> Robert Fields <br><br> Defendant. | 12-cr-862 (AJN) <br><br> ORDER |

ALISON J. NATHAN, District Judge:

Due to scheduling conflicts, the Court will reschedule Mr. Fields' Final Hearing regarding Revocation of Supervised Release to November 22, 2021 at 10:00 A.M

SO ORDERED.

Dated: November 12, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1